**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Richard Guss                                CHAPTER 13
                   Debtor(s)

                                                        BKY. NO. 24-20274 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
19 Feb 2024, 17:09:06, EST

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com